**Order entered November 21, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00508-CR

**BRANDON DAVIS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 296th Judicial District Court
Collin County, Texas
Trial Court Cause No. 366-80734-2018**

## ORDER

Before the Court is appellant's November 18, 2019 second motion for extension of time to file his brief.  We **GRANT** the motion and **ORDER** the brief due on or before December 19, 2019.

> /s/      BILL PEDERSEN, III
> JUSTICE